MIRANDA KANE (CA Bar No. 150630)
JESSICA LANIER (CA Bar No. 303395)
**CONRAD | METLITZKY | KANE LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone:    (415) 343-7100
Fax:             (415) 343-7101
Email:          mkane@conmetkane.com
Email:          jlanier@conmetkane.com

*Attorneys for Defendant* PAUL CHRISTOPHER TONGA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL CHRISTOPHER TONGA et al,<br><br>Defendant. | CASE NO. 4:23-CR-00248-AMO-3 (DMR)<br><br>**STIPULATION AND ORDER (AS MODIFIED) MODIFYING CONDITIONS OF PRE-TRIAL RELEASE** |

On August 14, 2023, this Court placed Defendant Paul Tonga on pre-trial supervision with various conditions including that his wife, Amandeep Bath, serve as third-party custodian.  (Dkt 50.) Mr. Tonga has complied with all the conditions of his pre-trial release.

Mr. Tonga now requests that his sister, Maryanne Tonga, serve as third-party custodian in place of Ms. Bath.  Mr. Tonga consents to live with his sister going forward.

Gustavo Rangel, the Pre-trial Services Officer supervising Mr. Tonga has conferred with both Ms. Tonga and Mr. Tonga and has found Ms. Tonga to be a suitable third-party custodian.

Although the government continues to oppose pre-trial release for Mr. Tonga, recognizing that this Court has previously ordered his release and since it does not see a meaningful distinction between Ms. Bath and Ms. Tonga acting as Mr. Tonga's custodian, the government does not oppose this changed condition.

Undersigned counsel has provided AUSA Sargent with the opportunity to review this Stipulation and Proposed Order and has her permission to file on her behalf.

IT IS SO STIPULATED.

DATED: December 19, 2023                    Respectfully submitted,

CONRAD | METLITZKY | KANE LLP


*/s/ Miranda Kane*
MIRANDA KANE

*Attorneys for Defendant* PAUL CHRISTOPHER TONGA

2

1    DATED: December 19, 2023

2                                              ISMAIL J. RAMSEY
                                               United States Attorney
3                                              Northern District of California

4
                                               _/s/ Alethea M. Sargent_____
5                                              ALETHEA M. SARGENT
6                                              Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                               3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:23-CR-00248-AMO-3 |
|     Plaintiff, | |
|     v. | **ORDER (AS MODIFIED) MODIFYING CONDITIONS OF PRE-TRIAL RELEASE** |
| PAUL CHRISTOPHER TONGA et al, | |
|     Defendant. | |

GOOD CAUSE BEING SHOWN and pursuant to the parties' stipulation, it is hereby ordered that Maryanne Tonga be instated as Mr. Tonga's third-party custodian and Amandeep Bath be removed as Mr. Tonga's third-party custodian. All other conditions of Mr. Tonga's pretrial release shall remain the same.

The court has confirmed that Pretrial Services Officer Gustavo Rangel reviewed all conditions of Defendant's release with Maryanne Tonga, explained to Ms. Tonga that she can be prosecuted for contempt if she fails to report Defendant's violation of a release condition, and obtained Ms. Tonga's voluntary agreement to serve as Defendant's custodian.

IT IS SO ORDERED AS MODIFIED.

Dated: __December 20, 2023__

_____
THE HONORABLE DONNA M. RYU
Chief Magistrate Judge

1