FILED

Jul 11 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>   v.<br><br>PAUL CHRISTOPHER TONGA,<br><br>        Defendant. | Case No. 4:23-cr-00248-AMO-3 (DMR)<br><br>**ORDER RE: BAIL REVOKED AND DEFENDANT REMANDED TO CUSTODY** |

After conducting a Bail Violation Hearing on July 10, 2024, the court found the Defendant in violation of his pretrial release conditions. The court entered the following orders:

1. The Defendant's bail is REVOKED;

2. The $50,000 unsecured Bond issued and filed on August 14, 2023 is EXONERATED;

3. The Defendant is REMANDED to the custody of the U.S. Marshal pending further proceedings before District Judge Araceli Martinez-Olguin or until further order of this court.

**IT IS SO ORDERED.**

Dated: July 11, 2024

_____
DONNA M. RYU
Chief Magistrate Judge